# ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Application Under the Equal Access to Justice Act -- | ) ) ) |
| Nelson, Inc. | ) ) ASBCA Nos. 57201, 58166 |
| Under Contract No. W912EQ-09-C-0025 | ) ) ) |

APPEARANCES FOR THE APPELLANT:

Joree G. Brownlow, Esq.
  Cordova, TN

Dedrick Brittenum Jr., Esq.
  Brittenum Bruce PLLC
  Memphis, TN

APPEARANCES FOR THE GOVERNMENT:

Thomas J. Warren, Esq.
  Acting Engineer Chief Trial Attorney
Ann M. Bruck, Esq.
Suzanne Mitchem, Esq.
  Engineer Trial Attorneys
  U.S. Army Engineer District, Memphis

## ORDER OF DISMISSAL

The parties have settled their disputes in the referenced application for fees and other expenses under the Equal Access to Justice Act. Accordingly, the application is hereby dismissed with prejudice.

Dated: 8 November 2017

ROBERT T. PEACOCK
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals on an application for fees and other expenses incurred in connection with ASBCA Nos. 57201, 58166, Appeals of Nelson, Inc., rendered in accordance with 5 U.S.C. § 504.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals

2